IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>      v.                          )<br>                                  )<br>KIMBERLY J. SNYDER, ANGELA B.     )<br>FRYE, NICHOLE F. FRYE,            )<br>HEATHER M. ELLIS,                 )<br>                                  )<br>         Defendants.              )<br>                                  ) | 8:05CR86<br><br><br>ORDER |

On the court's own motion,

IT IS ORDERED:

The evidentiary hearing on defendant Angela Frye's motion to suppress evidence, filing 28, is continued from May 12 to **June 16, 2005** at 2:30 p.m. in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 4th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge